# U.S. District Court

## California Southern - San Diego

Receipt Date: Jan 19, 2024 4:18PM

Anton Aleric Ewing
3077 B CLAIREMONT DR
APT 372
SAN DIEGO, CA 92117

Rcpt. No: 150872                    Trans. Date: Jan 19, 2024 4:18PM                    Cashier ID: #SC

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| *201B | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.