Anton A. Ewing (not an attorney)
3077 Clairemont Drive #372
San Diego, CA 92117
Plaintiff *Pro se*

Edward DeAngelis, CEO
Phone: 215.669.0827
Email: eddie@goqualifi.com
940 W Valley Rd, Suite 1901
Wayne, PA 19087

Defendant Qualifi, LLC

**FILED**

FEB 1 2 2024

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>Plaintiff,<br><br>v.<br><br>QUALIFI, LLC,<br><br>Defendant. | Case No. 24-CV-0133-DMS-JLB<br><br>**JOINT MOTION FOR ORDER OF DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)**<br><br>Hon. Dana M. Sabraw, Chief District Judge |

**TO THE HONORABLE COURT**:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Anton A. Ewing ("Plaintiff") and Defendant QUALIFI, LLC ("QUALIFI") hereby jointly move for an order of dismissal WITH PREJUDICE pursuant to the parties signed written settlement agreement. Plaintiff hereby dismisses his complaint against Defendants QUALIFI, LLC **with prejudice**. Each party agrees to bear his/its own costs and attorneys' fees.

Respectfully submitted this 1st day of February, 2024.

Dated: February 1, 2024

By      /S/ *Anton Ewing*
Anton A. Ewing
*Plaintiff Pro se*

Dated: February 1, 2024

By      /S/ *Edward DeAngelis*
Edward DeAngelis, CEO for
QUALIFI, LLC
Defendant

-1-